NANCY SHER COHEN (Bar No. 81706)
nancy.cohen@hellerehrman.com
RONALD A. VALENZUELA (Bar No. 210025)
ronald.valenzuela@hellerehrman.com
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA 90071-3043
Telephone: +1 (213) 689-0200
Facsimile: +1 (213) 614-1868

Attorneys for Defendant
SONY ELECTRONICS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elliot Handler, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Sony Electronics Inc., a Delaware corporation; and Does 1 through 250, inclusive,<br><br>　　　　　　　　　　Defendant. | Case No.: CV 07-05212-RGK (JCx)<br><br>**NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Courtroom:　　580<br>Hon. R. Gary Klausner |

Heller Ehrman LLP

Pursuant to Central District Local Rule 83-1.4 and 83-1.4.3, defendant Sony Electronics Inc. ("SEL") hereby gives notice of Petition to the Judicial Panel on Multidistrict Litigation involving the following cases:

- *Date v. Sony Electronics Inc.*, U.S. District Court Case No. 07cv15474 PDB RSW, filed November 6, 2007 in the United States District Court for the Southern District of California and transferred to the United States District Court for the Eastern District of Michigan on December 27, 2007. Plaintiff David Date, Jr. is being represented by:

    Lance Raphael
    The Consumer Advocacy Center, P.C.
    180 West Washington, Suite 700
    Chicago, Illinois 60602
    Tel: (312) 782-5808; and

    Alan M. Mansfield
    Rosner & Mansfield, LLP
    10085 Carroll Canyon Rd., First Floor
    San Diego, CA 92131
    Tel: (858) 348-1150

- *Demas v. Sony Electronics Inc.*, U.S. District Court Case No. 07cv2126-JM (NLS), filed November 6, 2007 in the United States District Court for the Southern District of California. Plaintiffs Jason Demas and John Renninger are being represented by:

    Jay Edelson
    Ethan Preston
    KamberEdelson LLC
    53 W. Jackson Ave., Suite 1530
    Chicago, Illinois 60604
    Tel: (312) 589-6370

Allen Himmelfarb
KamberEdelson LLC
2757 Leonis Blvd.
Los Angeles, California 90058
Tel: (323) 585-8696

*Date* and *Demas* are class actions involving two of the television models at issue in this lawsuit. The *Demas* Plaintiffs have filed a motion with the Judicial Panel on Multidistrict Litigation, asking that this action and the *Demas* lawsuit be transferred to the United States District Court for the Southern District of California.

DATED: February 1, 2008          HELLER EHRMAN LLP


                                 By  s/ Ronald A. Valenzuela
                                     RONALD A. VALENZUELA
                                 Attorneys for Defendant
                                 SONY ELECTRONICS INC.

## PROOF OF SERVICE BY MAIL

I, Sharon Y. Fung, declare as follows:

I am employed with the law firm of Heller Ehrman White & McAuliffe LLP, whose address is 333 South Hope Street, 39th Floor, Los Angeles, CA 90071-3043. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years and not a party to this action.

On February 1, 2008, I served a copy of the following:

### NOTICE OF PETITION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

on the below parties in this action by placing true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

| | |
|---|---|
| GREGORY E. KELLER<br>DARREN T. KAPLAN<br>**CHITWOOD HARLEY<br>HARNES LLP**<br>2300 Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309 | **ATTORNEYS FOR<br>PLAINTIFF AND PROPOSED<br>CLASS** |

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this proof of service was executed on February 1, 2008 at Los Angeles, California.

_____
Sharon Y. Fung

4

SONY ELECTRONICS INC.'S ANSWER TO PALINTIFF'S FIRST AMENDED COMPLAINT
CASE NO. CV 07-05212-RGK (JCx)