JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 18 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: SONY 1080P RESOLUTION TELEVISION
MARKETING AND SALES PRACTICES LITIGATION

CV07- 5212 RGK (JCx)

(SEE ATTACHED SCHEDULE A)

MDL No. 1929

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE MARCH 27, 2008, HEARING SESSION

   Before the Panel is a motion by plaintiffs Jason Demas, et al., filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions listed on the attached Schedule A in the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion. No responding party opposes the motion to withdraw.

   IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

   IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2008, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAR 1 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: SONY 1080P RESOLUTION TELEVISION
MARKETING AND SALES PRACTICES LITIGATION**     MDL No. 1929

## SCHEDULE A

<u>Central District of California</u>

Elliot Handler v. Sony Electronics, Inc., C.A. No. 2:07-5212

<u>Southern District of California</u>

Jason Demas, et al. v. Sony Electronics, Inc., C.A. No. 3:07-2126

<u>Eastern District of Michigan</u>

David Date, Jr. v. Sony Electronics, Inc., et al., C.A. No. 2:07-15474